UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ANTHONY CALLENDER, | No. 2:12-cv-1708-GEB-EFB P |
| Plaintiff, | |
| v. | ORDER |
| M. CASTILLO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Judgment was entered in this action on November 4, 2013. On March 3, 2014, plaintiff filed a notice of appeal. On the same day, he filed a request to proceed in forma pauperis on appeal. Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed in forma pauperis on appeal must file a motion in the district court which:

(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

(B) claims an entitlement to redress; and

(C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1). Plaintiff's motion fails to satisfy all three requirements.

/////

1

1      Accordingly, IT IS HEREBY ORDERED that plaintiff's request to proceed in forma
2 pauperis on appeal (ECF No. 21) is denied without prejudice.  The Clerk of the Court is directed
3 to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit, and
4 plaintiff is hereby informed that he may file a motion to proceed in forma pauperis in the United
5 States Court of Appeals for the Ninth Circuit.  *See* Fed. R. App. P. 24(a)(5).
6 DATED:  March 6, 2014.

   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE